# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW BYERS,** individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE PNC FINANCIAL SERVICES GROUP, INC.,** and **PNC INVESTMENTS,** )<br>)<br>Defendants. ) | 2:07cv123<br>**Electronic Filing** |
| **JAN KLAISS**, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE PNC FINANCIAL SERVICES GROUP**, **INC.** and **PNC INVESTMENTS, INC.**, )<br>)<br>Defendants. ) | |

### HEARING ON MOTION FOR FINAL SETTLEMENT APPROVAL
### Before Judge David Stewart Cercone

Appear for Plaintiff:   Gary F. Lynch, Esq.
Appear for Defendant: Christopher K. Ramsey, Esq.
Hearing date:  6/18/08
Hearing begun: 10:00 a.m.
Hearing concluded: 10:20 a.m.
Stenographer: Sandra Wenger
Law Clerk: jmc

REMARKS:   Joint Motion for leave to file Amended Complaint was granted. Motion to approve final settlement of the class action will be granted.  Judgment approved. Orders to follow.