IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW BYERS, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Judge David S. Cercone |
| v. | ) ) | Civil Action No. 07-0123 |
| THE PNC FINANCIAL SERVICES GROUP, INC. and PNC INVESTMENTS, | ) ) ) ) | |
| Defendants. | ) ) | |
| JAN KLAISS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE PNC FINANCIAL SERVICES GROUP, INC. and PNC INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Joint Stipulation and Settlement Agreement ("Stipulation") and all other materials properly before the Court and having conducted an inquiry pursuant to Section 216(b) of the Fair Labor Standards Act and Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Stipulation was entered by all parties in good faith, and the Stipulation is approved. Leave to file the Consolidated Amended Complaint, attached to the Stipulation, is hereby granted and such complaint is deemed filed. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Stipulation. Defendants, The PNC

Financial Services Group, Inc. and PNC Investments, Inc., themselves or through the Claims Administrator, shall make the payments to the Participating Claimants, Class Representatives and Class Counsel as provided for in the Stipulation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 9 2008

DS Cercone
The Honorable David S. Cercone
United States District Court Judge