# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW BYERS, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) THE PNC FINANCIAL SERVICES ) GROUP, INC. and PNC INVESTMENTS, ) ) Defendants. ) | Judge David S. Cercone<br><br>Civil Action No. 07-0123 |
| JAN KLAISS, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) THE PNC FINANCIAL SERVICES ) GROUP, INC. and PNC INVESTMENTS, INC., ) ) Defendants. ) | |

**ORDER OF COURT**

AND NOW, on this __11__ day of August, 2008, it is hereby ORDERED, ADJUDGED and DECREED that the Parties' Joint Motion for Extension of Deadline for Payment to Participating Claimants is hereby GRANTED and that the deadline for the Claims Administrator to make payments to Participating Claimants is extended until August 26, 2008.

BY THE COURT:

_____ /J.

DB1/62030361.1